IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-02039-RBJ-CBS

BRANDON J. CONLON,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, Colorado, acting by and through its BOARD OF WATER
COMMISSIONERS, a municipal corporation of the STATE OF COLORADO,

      Defendant.

---

## ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

---

      This matter has been scheduled for a **five-day jury trial** on the docket of Judge R.
Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street,
Denver, Colorado, to commence on **December 3, 2012 at 9:00 a.m.**

      A Final Pretrial/Trial Preparation Conference is set for **November 15, 2012 at 2:30 p.m.**
Counsel who will try the case shall attend in person.

      During the Final Pretrial/Trial Preparation Conference the parties should be prepared to
address: pending motions, jury instructions, jury selection, witnesses and evidence, anticipated
evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of
the trial.

      For additional information, please review my practice standards located at
www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 3rd day of November, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge